| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STEPHEN M. GOLDBERG, PC<br>DOROTHY L. WRIGHT, ESQ. DLW0073<br>917 North Washington Avenue<br>Green Brook, NJ 08812<br>(732) 968-2000<br>dorothy.wright@smgpc.com | Order Filed on March 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Ellen Mintzer

| | |
|---|---|
| Case No.: | 19-26516 |
| Hearing Date: | 3/17/2020 10AM |
| Judge: | VFP |
| Chapter: | 7 |

Recommended Local Form:  ☐ Followed  ☒ Modified

**ORDER REOPENING CASE**

The relief set forth on the following page is **ORDERED**.

**DATED: March 20, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____Jeremias Batista, Esq. on behalf of debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __14__ days* for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*for the limited purpose of allowing the Debtor to file the Financial Management Certification (which has already been filed at Document # 21).  The case shall be reviewed for entry of discharge, and discharge shal be granted, if appropriate.

*Rev. 5/1/2019*

2

```
                      United States Bankruptcy Court
                            District of New Jersey
```

In re:  
Ellen Mintzer  
      Debtor

Case No. 19-26516-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 24, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.  
db          +Ellen Mintzer,    12 Ridgedale Ave,    Morristown, NJ 07960-4369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:

           Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,  
            NJ48@ecfcbis.com  
           Barbara    Edwards    bedwardstrustee@aol.com,    NJ48@ecfcbis.com  
           Jeremias E Batista    on behalf of Debtor Ellen   Mintzer ecfnotices@jeremiasbatista.com,  
            g26967@notify.cincompass.com;r51704@notify.bestcase.com  
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
            rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                            TOTAL: 5